IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD C. MOLLET,<br><br>          Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>          Defendant. | Civil No. 16-cv-1170-JGP-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence <u>four</u> of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Ronald C. Mollet and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

      **DATED:** October 11, 2017

                                                          **JUSTINE FLANAGAN,**
                                                          **Acting Clerk of Court**

                                                          **BY: <u>s/Tina Gray, Deputy Clerk</u>**

**Approved:**

<u>s/ J. Phil Gilbert</u>
**J. PHIL GILBERT**
**U.S. District Judge**